UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIJAH LEE HAWTHORNE, III          CIVIL ACTION

VERSUS                             NO:     08-5119

C. O. TROY DRAGO                   SECTION: "F" (4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff Elijah Lee Hawthorne's Complaint against the Defendant Troy Drago is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed.R.Civ.P. 4(m).

New Orleans, Louisiana, this 18th day of May, 2009.

UNITED STATES DISTRICT JUDGE